**Jerome ABRAM, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 67511.**

Missouri Court of Appeals, Western District.

Feb. 13, 2008.

Frederick J. Ernst, Esq., Kansas City, MO, for Appellant.

---

Shaun J. Mackelprang, Esq., Jefferson City, MO, for Respondent.

Before HARDWICK, P.J., SMART and WELSH, JJ.

### ORDER

PER CURIAM.

Jerome Abram appeals the denial of his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. Finding no error, we affirm the motion court's judgment. **Rule 84.16(b).**

Before RONALD R. HOLLIGER, P.J., HAROLD L. LOWENSTEIN, and THOMAS H. NEWTON, JJ.